a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. Wendell P. Barker* for the petitioner. *Mr. William Otis Badger, Jr.,* for the respondent.

No. 839. W. E. MARTIN, JR., TRUSTEE, ETC., PETITIONER, *v.* COMMERCIAL NATIONAL BANK OF MACON, GA. March 6, 1916. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit granted. *Mr. Rudolph S. Wimberly* for the petitioner. *Mr. George S. Jones* and *Mr. Orville A. Park* for the respondent.

No. 840. JESSE ISIDOR STRAUS ET AL., ETC., PETITIONERS, *v.* VICTOR TALKING MACHINE COMPANY. March 6, 1916. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit granted. *Mr. Edmond E. Wise* and *Mr. Walter C. Noyes* for the petitioners. *Mr. Frederick A. Blount* and *Mr. Hector T. Fenton* for the respondent.

No. 862. UNION TRUST COMPANY, PETITIONER, *v.* MINNIE KAHN GROSMAN ET AL. March 6, 1916. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit granted. *Mr. William H. Atwell* for the petitioner. *Mr. Francis Marion Etheridge* and *Mr. J. M. McCormick* for the respondents.

No. 797. JACOB BLUMENTHAL, TRADING AS J. BLUMENTHAL & COMPANY, ET AL., PETITIONERS, *v.* BENJAMIN L.